UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No.  8:26-cr-55-JLB-AAS

JAMELL COOPER,

_____/

## ORDER OF RECUSAL

I hereby recuse myself from all further proceedings in this action because the charge in the Indictment involves a threat to a United States District Judge assigned to the Tampa, Florida Division of the United States District Court, Middle District of Florida. Additionally, I have contacted all Tampa Division Magistrate Judges, and they have stated they, too, will recuse themselves.

Although the undersigned does not doubt the Magistrate Judges for the Tampa Division's ability to remain impartial throughout this case, under 28 U.S.C. § 455, a judge shall disqualify themselves in any proceeding in which their impartiality might reasonably be questioned. 28 U.S.C. § 455(a). When proper grounds exist, a judge has an affirmative, self-enforcing obligation to recuse themselves sua sponte. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989).

Accordingly, the Clerk is directed to refer this action to the Chief Judge for Magistrate Judge reassignment.

1

**ORDERED** in Tampa, Florida, on February 17, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge